**Order entered February 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00961-CV

## THE CITY OF DALLAS, Appellant

## V.

## WILLIAM CLINTON FREEMAN, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-16-00805-C**

## ORDER

Before the Court is appellee's unopposed motion for leave to file sur-reply brief. We **GRANT** the motion and **ORDER** the sur-reply brief tendered to the Court on February 11, 2019 filed as of this date.

We caution the parties that further briefing should not be filed unless requested by the panel following submission.

/s/ BILL WHITEHILL
   JUSTICE